1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| Christopher M. Tozzo; Glenchrist Educational, LLC, an Arizona limited liability company, | No. CV11-1243 PHX DGC |
| Plaintiffs, | **ORDER** |
| vs. | |
| Huntington Learning Centers, Inc., a Delaware corporation; Huntington Redevelopment, Inc., a Delaware corporation; Raymond J. Huntington, an individual; Eileen C. Huntington, an individual; Russell Miller, an individual, | |
| Defendants. | |

18
19
20

The parties have filed a joint motion to transfer; motion to withdraw or strike Doc. 31 and joint motion to vacate the Rule 16 Case Management conference set for September 22, 2011 (Doc. 34).

21      **IT IS ORDERED:**

22      1.      The parties' joint motion (Doc. 34) is **granted**.

23      2.      The Rule 16 Case Management hearing set for September 22, 2011 at 1:30
24      p.m. is **vacated**.

25      3.      The clerk is directed to strike Docs. 30 and 31 from the Court docket.

26      4.      The clerk shall transfer this action to the United States District Court for the
27      District of New Jersey.

28

1    5.    All pending motions in this matter are **denied as moot**.

2    Dated this 22nd day of September, 2011.

3

4

5    *David G. Campbell*

6    _____
     David G. Campbell
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28